UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

VIRGINIA Y. HOWELL,

    Plaintiff,

v.                                    No. 17-cv-102-DRH

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case filed on June 23, 2017 (Doc. 18), this case is **DISMISSED with prejudice,** with each party to bear their own costs and attorney's fees.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY: /s/Alexandra Francis
                                       Deputy Clerk

Dated: June 23, 2017

Digitally signed by
Judge David R.
Herndon
Date: 2017.06.23
14:54:54 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT